UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLENN LEE SELDEN,

    Petitioner,

v.                                               Case No: 2:18-cv-50-FtM-38CM

ELIZABETH A. KOVACHEVICH,

    Respondent.
_____/

### OPINION AND ORDER[1]

This matter comes before the Court on review of the Petitioner, Glenn Lee Seldon's Petition for Writ of Habeas Corpus (Doc. #1) filed on January 23, 2018. Upon review of the pleading, it is unclear what relief is sought. Petitioner failed to use the civil rights complaint form or habeas corpus form required for use by *pro se* litigants to present their cases. As currently written, the instant pleading fails to contain the information required in a civil rights complaint or in a 28 U.S.C. § 2254 petition. Petitioner's allegations are virtually unintelligible, and the complaint does not contain the historical information concerning Petitioner's prior federal cases. See 28 U.S.C. § 1915(g).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Furthermore, Petitioner has failed to either pay the required filing fee or submit a motion for leave to proceed *in forma pauperis*. Therefore, this case will be dismissed without prejudice to give Petitioner an opportunity to properly file a civil rights complaint or 28 U.S.C. § 2254 habeas petition and to either pay the filing fee or submit an affidavit of indigency.

Accordingly, it is

**ORDERED**:

1. This case is **DISMISSED** without prejudice.

2. The clerk of the court shall terminate any pending motions, close the case, and enter judgment accordingly.

3. The Clerk shall send Petitioner a civil rights complaint form, a 28 U.S.C. § 2254 habeas form, an affidavit of indigency form, and a prisoner consent form and financial certificate. If Petitioner chooses to pursue a civil rights action or habeas action, he may complete and submit these forms. However, Petitioner should not place the instant case number on the forms as this case will be closed. The Clerk will assign a separate case number in the event Petitioner elects to pursue another action.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of January, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Glenn Lee Seldon
SA: FTMP-2